◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC DEBERRY, Appellant. [792 NYS2d 343]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Knipel, J.), rendered March 28, 2000, convicting him of robbery in the first degree, assault in the first degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the trial court effectively deprived him of his right to present a defense by prospectively precluding a defense witness from testifying is unpreserved for appellate review (*see* CPL 470.05 [2]; *see e.g. People v Celifie*, 287 AD2d 465, 466 [2001]; *People v Jones*, 171 AD2d 609 [1991]). In any event, the court providently exercised its discretion in precluding the witness from testifying in view of the collateral nature of the prospective testimony (*see People v Aska*, 91 NY2d 979, 981 [1998]; *People v Veras*, 182 AD2d 729, 730 [1992]; *People v O'Connor*, 154 AD2d 626, 627 [1989]).

The defendant's remaining contentions are without merit. Florio, J.P., Cozier, Rivera and Skelos, JJ., concur.